

**United States Department of Justice**
United States Marshals Service
District of Alaska

Federal Building and US Courthouse
222 W. Seventh Avenue #28, Room 170
Anchorage, Alaska 99513

To: US District Court
US Attorney
US Probation
US FPD

From: Randy M. Johnson
United States Marshal
District of Alaska

INRE:         **PRISONER IN FEDERAL CUSTODY**

| | |
|---|---|
| NAME: | Reyes, Travis L. |
| DATE OF BIRTH: | 04/10/1982 |
| CHARGE: | Bank Robbery |
| CASE NUMBER: | PC/Complaint |
| PLACE HELD: | Acc - East |
| DATE OF ARREST: | 02/04/2006 |
| TIME OF ARREST: | 11:30 |
| PLACE ARRESTED: | Anchorage |
| ARRESTED BY: | S/A Steve Payne FBI |

**REMARKS:**

BOOKED IN ENGLISH:   YES __X__   NO_____

LANGUAGE: _____

IF YOU HAVE QUESTIONS IN REGARDS TO THIS ARREST, PLEASE CONTACT DUSM JOHN OLSON OR SDUSM STACY MELTON AT (907) 271-5154. THANK YOU.