Kevin F. McCoy  
Assistant Federal Defender  
FEDERAL PUBLIC DEFENDER  
FOR THE DISTRICT OF ALASKA  
550 W. Seventh Avenue, Suite 1600  
Anchorage, Alaska 99501  
(907) 646-3400  

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>TRAVIS LON REYES,<br><br>    Defendant. | NO. A06-0025 MJ (JDR)<br><br>**ENTRY OF APPEARANCE** |

      Kevin F. McCoy, Assistant Federal Public Defender for the District of Alaska, hereby enters his appearance as counsel for the Defendant TRAVIS LON REYES in the above-captioned action.

      DATED at Anchorage, Alaska this 8th day of February 2006.

      Respectfully submitted,

      s/Kevin F. McCoy  
      Assistant Federal Defender  
      550 West 7th Avenue, Suite 1600  
      Anchorage, AK 99501  
      Phone:    907-646-3400  
      Fax:    907-646-3480  
      E-Mail:    kevin_mccoy@fd.org

Certification:
I certify that on February 8, 2006,
a copy of the *Entry of Appearance*
was served electronically on:

Thomas Bradley
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567


s/Kevin F. McCoy