DEBORAH M. SMITH
Acting United States Attorney

THOMAS C. BRADLEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-1500
thomas.bradley@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-mj-0025-JDR |
| | ) | |
| Plaintiff, | ) | NOTICE TO DISCONTINUE |
| | ) | ELECTRONIC SERVICE |
| TRAVIS LON REYES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW Plaintiff United States of America, by and through Deborah M. Smith, Acting United States Attorney for the District of Alaska, and hereby requests the Court no longer electronically serve pleadings in the above-captioned case on Thomas C. Bradley, Asst. U.S. Attorney.  Assistant U.S. Attorney Larry D. Card, is the lead attorney in this matter.

RESPECTFULLY submitted this 8th day of February, 2006, at Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

  s/ Thomas C. Bradley
THOMAS C. BRADLEY
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: thomas.bradley@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on February 8, 2006,
a copy of the foregoing Notice to Discontinue
Electronic Service was served electronically
on Kevin McCoy.

s/ Thomas C. Bradley