MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs TRAVIS LON REYES   CASE NO.   3:06-MJ-00025-JDR
Defendant:  X Present    X In Custody

BEFORE THE HONORABLE            JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:          CAROLINE EDMISTON

UNITED STATES ATTORNEY:         LARRY CARD

DEFENDANT'S ATTORNEY:           KEVIN MCCOY, APPOINTED

U.S.P.O.:                       PAULA MCCORMICK

PROCEEDINGS: INITIAL APPEARANCE ON COMPLAINT Held 02/07/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 4:31 p.m. court convened.

 X Copy of Complaint given to defendant: read.

 X Defendant sworn.

 X Defendant advised of general rights, charges and penalties.

 X Defendant states true name: Same as above.

 X Financial Affidavit filed.  Federal Public Defender accepted appointment; FPD notified.

 X Preliminary Hearing set for **February 14, 2006 at 9:30 a.m.**

 X Defendant detained/Detention Hearing set for **February 14, 2006 at 9:30 a.m.**  Order of Temporary Detention Pending Hearing filed.

At 4:40 p.m. court adjourned.

DATE:   February 8, 2006      DEPUTY CLERK'S INITIALS:    Ce